**IT IS SO ORDERED.**

**Dated: 10:52 AM March 24 2011**

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

BK1100586
SAB

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT AKRON

| | |
|---|---|
| IN RE: | Case No. 11-50151 |
| Michael E Blanton | Chapter 7 |
| | Judge Shea-Stonum |
| Debtor | |
| | **ORDER GRANTING MOTION OF U.S. BANK, N.A. FOR RELIEF FROM STAY AND ABANDONMENT 970 BUTTONWOOD LANE, BRUNSWICK, OH 44212** |

This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, N.A. ("Movant"). (Docket **8**). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the

Motion, or all responses have been withdrawn.  For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted.  The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 970 Buttonwood Lane Brunswick, OH 44212.

###

SUBMITTED BY:

/s/ Erin A Jochim
Erin A Jochim, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0077062
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3920
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

Kathryn A. Belfance - Trustee
1 Cascade Plaza 15th Floor
Akron, OH 44308
kb@rlbllp.com
VIA ELECTRONIC SERVICE

Michael E Blanton - Debtor
5335 Mill Creek Blvd.
Brunswick, OH 44212
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Edi M. Blanton - Interested Party
970 Buttonwood Lane
Brunswick, OH 44212
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Charles W Fonda, Esq. - Attorney for Debtor
75 Public Sq
#650
Cleveland, OH 44113
cwaltf@aol.com
VIA ELECTRONIC SERVICE

Erin A Jochim, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE

Medina County Treasurer - Creditor
144 North Broadway
Medina, OH 44256
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Mortgage Electronic Registration Systems, Inc. - Creditor
3300 SW 34th Ave.
Suite 101
Ocala, FL 34474
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE